DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RJD HOLDINGS, LLC,**
Appellant,

v.

**FIFTY BUILDINGS, LLC,**
Appellee.

No. 4D2024-1559

[October 8, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark A. Speiser, Judge; L.T. Case No. CACE21-007137.

Terrance W. Anderson, Jr. of Nelson Mullins Riley & Scarborough, LLP, Boca Raton, for appellant.

Andrew M. Schwartz and Sundeep B. Nath of Andrew M. Schwartz, P.A., d/b/a Andrew M. Schwartz Legal Team, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.* *See Portner v. Koppel,* 382 So. 3d 742, 747 (Fla. 4th DCA 2024) ("The trial court is in the best position to evaluate and weigh the testimony and evidence based upon its observation of the bearing, demeanor and credibility of the witnesses." (citation omitted)); *Bd. of Trs. of Internal Improvement Tr. Fund of State of Fla. v. Waterfront ICW Props., LLC,* 310 So. 3d 939, 940 (Fla. 4th DCA 2021) ("We therefore do not retry a case or reweigh conflicting evidence submitted to a jury or other trier of fact. Instead, we draw all reasonable inferences in favor of the verdict on appeal." (citation omitted)); *Lougas v. Sophia Enters., Inc.,* 117 So. 3d 839, 841 (Fla. 4th DCA 2013) ("[T]he trial judge's findings of fact are clothed with a presumption of correctness on appeal, and these findings will not be disturbed unless the appellant can demonstrate that they are clearly erroneous." (citation omitted)).

GROSS, GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\*     \*     \*

*Not final until disposition of timely-filed motion for rehearing.*